ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile: (949) 567-9928
Email: agordee@gna-law.com

Attorneys for Defendant
CUPERTINO VILLAGE, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual<br><br>                 Plaintiff,<br><br>vs.<br><br>CUPERTINO VILLAGE, LP, limited partnership,<br><br>                 Defendant. | Case No.: 5:16-cv-06550-HRL<br><br>Assigned for All Purposes to:<br>Hon. Howard R. Lloyd<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE BECAUSE OF COUNSEL'S UNAVAILABILITY**<br><br>Hearing:<br>Date: August 1, 2017<br>Time: 1:30 p.m.<br><br>Action Filed: November 10, 2016<br>Trial Date: N/A |

Plaintiff Ngoc Lam Che ("Plaintiff") and Defendant Cupertino Village, LP ("Defendant"), through their undersigned counsel stipulate as follows:

### RECITALS

WHEREAS, on June 28, 2017, Plaintiff made a motion for administrative relief requesting a case management conference under General Order 56 and Local Rule 7-11 (Dkt. No. 17);

WHEREAS, on July 5, 2017, the Court granted the request and set a Case Management Conference for August 1, 2017 (Dkt. No. 19);

WHEREAS, lead counsel for Defendant, Alan J. Gordee, has a prescheduled vacation on the East Coast and cannot attend the Case Management Conference on August 1, 2017;

WHEREAS, Plaintiff and Defendant have agreed to continue the Scheduling Conference to the next available date with the Court.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their undersigned counsel, and subject to the Court's approval, that the Case Management Conference be continued to the next available date with the Court.

**IT IS SO STIPULATED.**

DATED:  July 7, 2017         PAMELA TSAO
                             ASCENSION LAW GROUP


                             By:   /s/ Pamela Tsao
                                      Pamela Tsao

                             Attorneys for Plaintiff NGOC LAM CHE

STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE BECAUSE OF COUNSEL'S UNAVAILABILITY

DATED: July 7, 2017

ALAN J. GORDEE
GORDEE, NOWICKI & BLAKENEY LLP

By: /s/ Alan J. Gordee
Alan J. Gordee

Attorneys for Defendant CUPERTINO VILLAGE, LP

## PROPOSED ORDER

**IT IS SO ORDERED.** Pursuant to the foregoing stipulation of the parties, the Court orders the Case Management Conference be continued to _____.

Dated: _____          _____
Honorable Howard R. Lloyd
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service were served with a copy of the following document via the Northern District of California CM/ECF system on July 7, 2017:

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE BECAUSE OF COUNSEL'S UNAVAILABILITY**

_____
Attorneys for Defendant
CUPERTINO VILLAGE, LP