1 ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2 17802 Irvine Blvd
Suite A117
3 Tustin, CA 92780
PH: 714.783.4220
4 FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com
5
Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual  Plaintiff,  vs.  CUPERTINO VILLAGE, LP, limited partnership;  Defendants. | Case No.: 5:16-cv-06550-HRL  **[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**  [Hon. Howard R. Lloyd presiding]  Re: Dkt. 25 |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties. |

IT IS SO ORDERED

Dated _____August 24, 2017_____          _____
                                                                            Hon. Howard R. Lloyd
                                                           Magistrate Judge, United States District Court,
                                                                            Northern District of California